## Arthur SINGER, Plaintiff–Appellant,

v.

## CARRINGTON LABORATORIES INC; et al, Defendants,

## Carrington Laboratories Inc, Defendant–Appellee.

### No. 04–10851.

United States Court of Appeals, Fifth Circuit.

Decided March 10, 2005.

Dale Mark Rodriguez, Law Office of Dale M. Rodriguez, Plano, TX, for Plaintiff–Appellant.

Edmond S. Moreland, Jr., The Law Office of Edmond S. Moreland Jr., Ernest W. Leonard, Friedman & Feiger, Dallas, TX, for Defendants–Appellees.

Before JONES, WIENER and CLEMENT, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The court has considered appellant's position in light of the briefs, pertinent portions of the record, and oral argument. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court.

**AFFIRMED.**

the limited circumstances set forth in 5TH CIR. R. 47.5.4.